UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID A. CORDERO SANTANA,
ET AL.,

    Plaintiff(s)

    v.                      Civ. No. 97-1912(PG)

HOSPITAL MATILDE BRENES, INC.,
ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #47 - Motion to Dismiss | GRANTED. |

Date: October 6, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge