UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVID A. CORDERO SANTANA, ET AL., | |
| Plaintiffs | |
| v. | Civ. No. 97-1912(PG) |
| HOSPITAL MATILDE BRENES, ET AL., | |
| Defendants | |

**PARTIAL JUDGMENT**

The Court having granted codefendants Dr. Ramón Luis López Acosta and Insurers Syndicate for the Joint Underwriting of Medico-Hospital Liability Insurance's Motion to Dismiss the claim under the Emergency Medical Treatment and Active Labor Act (EMTALA) filed against them, it is hereby

**ORDERED AND ADJUDGED** that the claim filed against codefendants Dr. Ramón Luis López Acosta and Insurers Syndicate for the Joint Underwriting of Medico-Hospital Liability Insurance under EMTALA is **DISMISSED**.

San Juan, Puerto Rico, October _7_, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)    7