# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUAN M. PEREZ-GIMENEZ         DATE: December 2, 1999

COURTROOM DEPUTY: Nivea OCASIO           CIVIL CASE: 97-1912 (PG)

========================================================================

DAVID A. CARRERO SANTANA, et al          <u>Attorneys:</u>  Mario PABON
                                         ROSARIO
vs.

HOSPITAL MATILDE BRENES,                 Angel DE CORRAL JULIA
et al                                    Doris QUIÑONES TRIDAS
                                         Carlos HERNANDEZ LOPEZ

========================================================================

THIRD STATUS CONFERENCE held in chambers, instead of the scheduled pretrial. The plaintiffs have announced Dr. Ira Mehlman as their expert in internal medicine and emergency room procedures. His curriculum vitae is to be submitted to the defendants by December 13, 1999, as well as his report, if available. Nevertheless, Dr. Mehlman's report shall be submitted to the defendants no later than December 24, 1999.

The defendants wish to take the deposition of the nurse of Hospital Matilde Brenes on January 27, 2000. The plaintiffs are to provide the nurse's name to defendant Hospital Matilde Brenes and, if said nurse is no longer their employee, then the hospital shall provide the plaintiffs her last known address.

The attorneys have selected three alternate dates during the month of February for the deposition of plaintiffs' expert. These dates are: February 21, 28 and 29, 2000. The

CV 97-1912 (PG)                                                              Page 2
December 2, 1999

plaintiffs shall inform the defendants, as soon as possible, the fees that the expert will charge for having his deposition taken.

All the defendants shall notify the plaintiffs, no later than January 15, 2000, the name of their expert witness, together with the corresponding curriculum vitae. Any expert so announced shall submit his/her report by no later than February 15, 2000. The plaintiffs shall depose defendants' expert(s), if any, on April 18, 2000, starting at 1:00 P.M. and on April 19, 2000, starting at 9:30 A.M.

The deposition of defendant Dr. López Acosta is set for March 28, 2000. The deposition of defendant Dr. Vázquez Olivo is set for March 29, 2000.

**A final pretrial conference is set for May 18, 2000, at 8:30 A.M.**

                                                               Nivea OCASIO
                                                               Courtroom Deputy

s/c:   Pabón, De Corral, González, and Hernández