UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID A. CARRERO SANTANA, et al.,
    Plaintiffs,

v.   Civil No. 97-1912 (PG)

HOSPITAL MATILDE BRENES, INC.,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #51 - Motion Requesting Reconsideration Of Denial Of Motion To Dismiss. | DENIED. |
| Docket #60 - Motion Joining Co-Defendant's Request Of Reconsideration. | DENIED. |
| Docket #63 - Motion Requesting Entry Of Judgment As To Co-defendant Vazquez And Requesting Reconsideration Of Denial Of Motion To Dismiss. | DENIED. |
| Docket #66 - Joint Motion Requesting Conversion Of Pre-Trial Conference Into Status Conference. | MOOT. |
| Docket #69 - Motion For Protective Order. | This matter if referred to a Magistrate Judge. |

Date: _March 23_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge