UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID A. CARRERO SANTANA, et al.,
    Plaintiffs,

    v.                              Civil No. 97-1912(PG)

HOSPITAL MATILDE BRENES, INC.,
et al.,
    Defendants.

*Received & Filed '00 MAR 29 PM 6:16, Clerk's Office, U.S. District Court, San Juan, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #70 - Opposition To Motion For Protective Order. | The matter of the expert's fees is referred to a Magistrate Judge for resolution. |

Date: _March 27_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

74