# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  May 16, 2000

COURTROOM DEPUTY: Lida Isis EGELE         CIVIL CASE:  97-1912 (PG)

===============================================================

DAVID A. CARRERO SANTANA, et al           Attorneys:

vs.

HOSPITAL MATILDE BRENES,
et al

===============================================================

The attorney for plaintiffs, Mario Pabón, called to inform that this case has been settled. They request fifteen days to file the settlement papers. This request is granted by the Court.

The pretrial conference scheduled for May 18 is hereby canceled.

*[signature]*
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.

76