UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAVID A. CARRERO SANTANA, ET., AL.,
    Plaintiffs,

    v.                            Civil No. 97-1912(PG)

HOSPITAL MATILDE BRENES, INC.,
ET., AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #77 - Urgent Request For A Conference To Confirm Settlement Agreement. | Granted. The court will meet with Counsel on Tuesday June 6, 2001 at 3:00pm. |

[Stamp: RECEIVED AND FILED 00 JUN -5 PM 12:32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

Date: _____ June 2 _____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

78