**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**




RECEIVED & FILED
'01 MAR -5 PM 12:09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

DAVID A. CARRERO SANTANA, ET., AL.,
    Plaintiffs,

        v.                                    Civil No. 97-1912 (PG)

HOSPITAL MATILDE BRENES, INC.,
ET., AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #82 - <u>Pro se</u> letter/motion by Michelle E. Carrero-Mercado requesting disbursement of funds. | Granted |

Date: _____March 1_____, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge