UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 DEC -2 PM 12:50

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

DAVID A. CARRERO SANTANA, et al.,
    Plaintiffs,

v.     Civil No. 97-1912(PG)

HOSPITAL MATILDE BRENES, INC.,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #85 - PRO-SE MOTION FILED BY YOMARILIS CARRERAS MERCADO FOR DISBURSEMENT OF FUNDS. | **GRANTED.** |

Date: November 26, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge