UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 NOV 25 AM 8:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CARRERO-SANTANA, ET AL.,
    Plaintiffs,

v.                                              Civil No. 97-1912 (PG)

HOSPITAL MATILDE BRENES, ET. AL,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #88 - REQUEST FOR DISBURSEMENT OF FUNDS | **GRANTED.** |

Date: _November 24_, 2003.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge


