12/12/05.

To who may in concern.

I Francisco E. Carrero Mercado, here by notified this honorable Court of my intenttion por the realase of the money deposit in this court related to case # 97-1912 PG.

Sincellery your.

*[signature]*

Calle 11 J24 Magnolia Garden
Bayamon PR 00956 787-779-0060

RECEIVED & FILED
05 DEC 12 AM 10: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR