## DECLARACION JURADA

Nosotros, **CARMEN M. MERCADO MENDEZ**, Seguro Social Número 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, mayor de edad, divorciada, empleada; y **FRANCISCO E. CARRERO-MERCADO**, Seguro Social Número 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, de 18 años de edad, soltero, estudiante, todos vecinos de Levittown, Toa Baja, Puerto Rico, bajo el más formal juramento **DECLARAMOS:**

1. Que nuestros nombres, Número de Seguro Social y demás circunstancias personales son las antes mencionadas.

2. Que la declarante, **CARMEN M. MERCADO MENDEZ**, es la madres con Custodia y Patria Potestad de de la aquí tambien declarante, **FRANCISCO E. CARRERO-MERCADO**, según dispuesto en Sentenia de 3 de octubre de 2003 en el Caso Civil Númro DDI-1340, Carmen M. Mercado Mendez Vs. David A. Carrero Santana, Sobre Divorcio, ante el Troibunal de Primera Instancia de Puerto Rico, Sala de Bayamón.

3. Que la declarante **CARMEN M. MERCADO MENDEZ**, por la presente señala que ha acordado el emancipar a su hijo el aquí tambien declarante, **FRANCISCO E. CARRERO-MERCADO.**

4. Que por la presente dicho hijo, el aquí tambien declarante **FRANCISCO E. CARRERO-MERCADO**, libre, voluntaria e inteligentemente, acepta dicha emancipación.

5. Que comparecen como testigos **ALFREDO MARTINEZ ROBLES** y **JULIO MERCADO REYES**, Seguro Social Número 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 y 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, respectivamente, ambos mayores de esdad, solteros, empleados y vecinos de Bayamón, Puerto Rico.

6. Que hemos sido apercibidos por el **NOTARIO** otorgante en el sentido de que para que la emancipación aquí efectuada tenga efectos contra terceros hay que presentar la misma al Registro Demográfico de Puerto Rico para su correspondiente registro.



7. Que hacemos la presente Declaración Jurada en honor a la verdad y para dejar constancia de todo lo antes señalado.

**Y PARA QUE ASI CONSTE**, juramos y suscribimos la presente en Bayamón, Puerto Rico, hoy día 19 del mes noviembre del año 2005.

**CARMEN M. MERCADO MENDEZ**

**FRANCISCO E. CARRERO-MERCADO**
**TESTIGO**

**TESTIGO**

**AFFIDAVIT NUMERO:** 5,027

Jurado y suscrito ante mí por **CARMEN M. MERCADO MENDEZ y FRANCISCO E. CARRERO-MERCADO**, de las circunstancias personales antes expresadas y, a quienes **DOY FE** de conocer personalmente en Bayamón, Puerto Rico, hoy día 22 del mes noviembre del año 2005.

**NOTARIO-PUBLICO**



*The Sunshine State*

**Florida**
IDENTIFICATION CARD

IDENTIFICATION NUMBER
**C665-245-87-176-0**

FRANCISCO E CARRERO-MERCADO
7673 THELMA WAY
ORLANDO, FL 32822-0000

BIRTH DATE 05-16-87
ISSUED 10-18-04
SEX M
EXPIRES 05-16-09
HGT 5-08
DUPLICATE 00-00-00

UNDER 21 UNTIL 05-16-08

FOR IDENTIFICATION PURPOSES ONLY
NOT A DRIVER LICENSE